**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7694**

---

RONALD A. WILSON,

Plaintiff - Appellant,

versus

SEWALL SMITH, Warden; J. JOSEPH CURRAN, JR.,
Attorney General of the State of Maryland,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-94-
824-L)

---

Submitted: May 28, 1998                    Decided: June 9, 1998

---

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ronald A. Wilson, Appellant Pro Se. John Joseph Curran, Jr., At-
torney General, Mary Jennifer Landis, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald A. Wilson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Wilson v. Smith, No. CA-94-824-L (D. Md. Sept. 30, 1996). See Lindh v. Murphy, 521 U.S. __, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED